# EXHIBIT B

**HONORABLE JOHN H. CHUN**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| EUFRONIO LOMIBAO, Individually and for Others Similarly Situated,<br>*Plaintiff,*<br><br>v.<br><br>AGC BIOLOGICS, INC., a Washington limited liability company,<br>*Defendant* | Case No. 2:25-cv-00361-JHC<br><br>**DECLARATION OF EUFRONIO LOMIBAO** |

## DECLARATION OF EUFRONIO LOMIBAO

I, Eufronio Lomibao, state as follows pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18, of sound mind, and I am competent to make this statement. The facts contained within this declaration are within my personal knowledge and I swear they are true and correct.

2. I was laid off by AGC Biologics, Inc. in May of 2024. My termination was due to a reduction-in-force (a "RIF") impacting many AGC employees.

3. At the time of the RIF, I did not have any active dispute with AGC regarding wages. While I had expressed dissatisfaction in public forums such as the monthly town hall meeting, those matters had nothing to do with the payment of wages. To the best of my recollection, no one at AGC reached out to me regarding those concerns I may have had while I was employed by AGC.

4. To the best of my knowledge, I received a severance payment because I was included in the RIF and not for any other reason. The severance payment was based solely on the number of years I was employed and was not connected to any dispute between myself and AGC.

5. I did not negotiate the severance payment or agreement in any way or with any person. As I understood it, the severance payment was non-negotiable based on the number of years a person is employed with the company. The amount is not individualized based on the personal circumstances of the person involved.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/07/2025

*Ric LOMIBAO*
Verified by signNow
08/07/2025 23:51:42 UTC
6b87efbc526b42d3b050

Eufronio Lamibao