## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| EUFRONIO LOMIBAO,<br><br>      Plaintiff,<br> v.<br><br>AGC BIOLOGICS, INC.,<br><br>      Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:25-cv-00361-JHC |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

  This action is dismissed. Plaintiff's individual claims in the Complaint (Dkt. # 1) are dismissed with prejudice. Plaintiff's putative class and collective action claims in the Complaint (Dkt. # 1) are dismissed without prejudice.

  Dated February 5, 2026.

                  <u>Joshua C. Lewis</u>
                  Clerk of Court

                  <u>*/s/Ashleigh Drecktrah*</u>
                  Deputy Clerk